# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TONI FLAD ROSSI

VERSUS

ANTHONY ROSSI

NO.  2020 CW 0554

**JULY 08, 2020**

---

In Re:    Anthony Rossi, applying for rehearing, 22nd Judicial
          District Court, Parish of St. Tammany, No. 201611187.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **APPLICATION FOR REHEARING DENIED.**

                        JMM
                        MRT
                        WRC

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_

DEPUTY CLERK OF COURT
      FOR THE COURT